1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   OPERATING ENGINEERS HEALTH              Case No.  21-cv-07893-EMC
    AND WELFARE TRUST FUND FOR
8   NORTHERN CALIFORNIA, et al.,
                                            **ORDER RE STATUS REPORT**
9               Plaintiffs,

10        v.

11  PRECISION DRILLING, INC.,

12              Defendants.

13

14        Plaintiffs are various Operating Engineers Trust Funds.  They have filed suit against

15  Precision Drilling, Inc. ("PDI") for violations of, *inter alia*, ERISA – specifically, on the basis that

16  the company failed to permit audit of its records and make required contributions.  PDI's default

17  was entered in May 2022.  *See* Docket No. 22 (notice).  Subsequently, Plaintiffs filed a motion for

18  default judgment which is currently set for hearing on June 24, 2024.  In early May 2024, PDI

19  made an appearance in the case by filing an answer.  It did not at that time move to set aside the

20  default.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28   / / /

United States District Court
Northern District of California

Given the situation as described above, the Court orders the parties to meet and confer and see if they can reach agreement as to how this case should proceed.  Given PDI has appeared, the Court is reluctant to enter default judgment.  The parties shall file a joint status report within one week of the date of this order.

**IT IS SO ORDERED**.

Dated: May 24, 2024

_____
EDWARD M. CHEN
United States District Judge