UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION DRILLING, INC., <br><br> Defendant. | Case No. 21-cv-07893-EMC <br><br> **ORDER RE STATUS REPORT** <br><br> Docket No. 63 |

The Court has received Plaintiffs' status report. There has been a failure to meet and confer in good faith on both sides. Plaintiffs have agreed to the setting aside of a default but conditioned on payment of attorneys' fees and costs, with no clear tailoring to the default specifically. On the other hand, Defendant has not engaged in the meet-and-confer process at all, not even complying with the Court's order requiring a joint status.

Given these circumstances, the Court proceeds as follows. The Court temporarily vacates the hearing on Plaintiffs' motion for default judgment. For the time being, the Court shall leave on calendar the hearing on Plaintiffs' motion to strike. The Court orders the parties to engage in a good faith meet and confer. The meet and confer must either be in person or voice-to-voice; a written meet and confer is insufficient. By June 10, 2024, the parties shall file a joint status report updating the Court on the results of the meet and confer. If there is disagreement, each party shall state its last offer of compromise. A party that fails to meet and confer in good faith risks being sanctioned.

/ / /

/ / /

The Court also forewarns Defendant that, if it fails to participate in the meet and confer, it risks entry of default judgment.

**IT IS SO ORDERED**.

Dated: June 1, 2024

_____
EDWARD M. CHEN
United States District Judge